LYLE C. CAVIN, JR., SBN 44958
LIA MARKS, SBN 282914
LAW OFFICES OF LYLE C. CAVIN, JR.
299 Third Street, Suite 102
Oakland, California 94607
Ph: (510) 444-2501
Fx: (510) 444-4209

Attorneys for Plaintiff
Raul G. Taganas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL G. TAGANAS,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 13-CV-00547-SC<br>**STIPULATION AND [~~PROPOSED~~ ORDER] TO CONTINUE TRIAL AND SOME RELATED DATES** |

### JOINT STIPULATION

Plaintiff Raul Taganas has requested, and subject to the Court's approval, Defendant United States of America has stipulated, as follows:

1. Plaintiff is a merchant seaman, alleging that he suffered injuries on February 17, 2011, while in the service of a vessel owned by the United States.

2. Plaintiff thereafter commenced the above-referenced action on February 7, 2013, alleging violations of the Jones Act and the General Maritime Law.

3. As of September 4, 2012, Plaintiff was declared Fit for Duty and deemed fit to return to work without restrictions concerning the incident relevant to this case. He subsequently returned to work on a privately owned and operated vessel (APL JAPAN) and sustained a work-related injury in April of 2013; the latter injury is unrelated to this case. In September of 2013, Plaintiff was declared Fit for Duty as a

result of the APL JAPAN incident, but has not yet returned to work due to the lack of availability of work.

4. Plaintiff has an excellent chance to ship out during the first two weeks of February for a four to six month period and would thus be unavailable for the currently scheduled trial.

5. Additionally, Lyle C. Cavin, Jr., the undersigned, has been scheduled for medical procedures for treatment of cancer commencing in early February, 2014. The need for this treatment was recently learned in late December, 2013. This course of treatment and convalescence will prevent him from working in any capacity for a minimum of two-and-a-half months, perhaps longer depending upon post-intervention testing. As such he will be unavailable for the currently scheduled trial date of February 24, 2014.

6. Lyle C. Cavin, Jr. is lead counsel for plaintiff, and the only attorney familiar with this case, capable of trying the matter on behalf of Plaintiff.

7. The parties have diligently pursued this case. To date, the parties have exchanged Initial Disclosures, exchanged multiple rounds of discovery, deposed plaintiff, disclosed experts, deposed most liability and economic experts, and deposed percipient witnesses.

8. The parties hereby request a continuance of the February 24, 2014, trial date due to the anticipated unavailability of Plaintiff for employment reasons and the unavailability of Plaintiff's counsel for medical reasons.

9. Counsel for the United States is neutral as to the continuance due to Plaintiff's re-employment considerations, but is fully and unconditionally supportive of the request for a continuance due to Plaintiff's counsel's health and medical necessity.

10. Federal Rule of Civil Procedure 16 (b) (4) allows a court to modify a scheduling order "for good cause and with the judge's consent." In light of the foregoing, good cause for a continuance exists. The parties hereby stipulate and respectfully request that the Court grant a continuance of the February 24, 2014 trial date to a mutually agreeable date that the Court is available after September 1, 2014.

11. Discovery has already closed and the parties do not wish to re-open it.

12. This is the first request for a continuance of the trial date in this action.

13. This stipulation and the requested continuance will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant.

14. Nothing in this stipulation shall constitute a waiver of any arguments or defenses that Plaintiff and Defendant may wish to assert in this action, all of which are expressly reserved

//

//

IT IS SO STIPULATED.

Dated: January 16, 2014          By: /s/ Lyle C. Cavin, Jr.
                                     Lyle C. Cavin, Jr.
                                     Attorneys for Plaintiff
                                     RAUL TAGANAS

Dated: January 16, 2014          By: /s/ R. Michael Underhill
                                     R. Michael Underhill
                                     Attorneys for Defendant
                                     UNITED STATES OF AMERICA

The filer of this document hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories.

[~~PROPOSED~~ ORDER]

The Court, having duly considered the parties' stipulation as set forth above, and good cause so appearing, hereby Orders:

The February 24, 2014 trial and certain related dates shall be continued as follows:

1. Last Day to Hear Dispositive Motions: 08/08/2014 at 10:00 a.m.
2. Pretrial Conference: 09/05/2014 at 10:00 a.m.
3. Trial Date: 09/08/2014 at 9:30 a.m.

IT IS SO ORDERED.

Dated: 01/21/2014



Judge Samuel Conti

---

5

Stipulation and [Proposed] Order to Continue Trial and Some Related Dates